

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2021

No. 04-21-00310-CV

**IN THE INTEREST OF J.K.N.G. AND A.K.A.F.M., CHILDREN**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-02080
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

This is an accelerated appeal from a final order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal was filed. *See* TEX. R. JUD. ADMIN. 6.2. The appellant's brief is due on September 7, 2021. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **September 27, 2021**.

**Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court